IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

MICHAEL DADEY,

      Plaintiff,

v.                                          No. CIV 14-949 LH/CG

CAROLYN W. COLVIN, Acting Commissioner
of Social Security,

      Defendant.

## ORDER ADOPTING MAGISTRATE JUDGE'S
## PROPOSED FINDINGS AND RECOMMENDED DISPOSITION

**THIS MATTER** is before the Court on the Magistrate Judge's *Proposed Findings and Recommended Disposition* ("PFRD"), filed on September 25, 2015. (Doc. 25). In the PFRD, the Magistrate Judge recommended that Plaintiff's *Motion to Reverse and Remand for a Rehearing with Supportive Memorandum*, (Doc. 18), be granted and that this case be remanded to the Commissioner for further proceedings consistent with the PFRD. The parties were notified that written objections to the PFRD were due within fourteen days. (Doc. 25 at 16). No objections have been filed and the deadline of October 13, 2015 has passed. The recommendations of the Magistrate Judge are adopted by this Court.

**IT IS THEREFORE ORDERED** that Plaintiff's *Motion to Reverse and Remand for a Rehearing with Supportive Memorandum*, (Doc. 18), be **GRANTED** and that this case be **REMANDED** to the Commissioner for further proceedings.

_____
SENIOR UNITED STATES DISTRICT JUDGE